## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID BENHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Case No. 11-CV-339-GKF-FHM |
| | ) |
| OZARK MATERIALS RIVER | ) |
| ROCK, LLC, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

Pursuant to the Court's pending scheduling order, which the Plaintiffs' have moved to extend and modify Plaintiff David Benham provides the following witness and exhibit list based upon information reasonably available at this time.

| Name, Title, and Contact Information | Description of Subject Matter |
|---|---|
| Mr. David Benham<br>c/o The Aamodt Law Firm<br>1723 S. Boston Ave.<br>Tulsa, Oklahoma 74119<br>(918) 347-6169 | Facts pertinent to claims raised. |
| Mrs. Nanetta Thompson<br>c/o The Aamodt Law Firm<br>1723 S. Boston Ave.<br>Tulsa, Oklahoma 74119<br>(918) 347-6169 | Facts pertinent to claims raised. |
| Robin Stratton, Environmental Specialist<br>Oklahoma Department of Environmental Quality<br>707 North Robinson<br>Oklahoma City, Oklahoma 73101<br>(918) 341-7179 | Facts and information pertinent to the ODEQ Notice of Violation issued October 18, 2010 |
| Dr. J. Berton Fisher<br>c/o The Aamodt Law Firm | Expert testimony |

| 1723 S. Boston Ave.<br>Tulsa, Oklahoma 74119<br>(918) 347-6169 | |
| --- | --- |
| Dr. Steven Thompson<br>c/o The Aamodt Law Firm<br>1723 S. Boston Ave.<br>Tulsa, Oklahoma 74119<br>(918) 347-6169 | Expert testimony |
| Brad Eastman<br>c/o Wright Law PLC<br>P.O. Box 982<br>Claremore, OK 74018 | Information related to the Claims and Defenses in the litigation; scheduled for deposition on 12/10/12 |
| All those witnesses listed by Defendant not objected to by Plaintiff | |

| **Bates Number** | **Date** | **Document Name/Description** |
| --- | --- | --- |
| 000001-000154 | 11.22.2010 | Application to Modify Ozark Materials' Wastewater Discharge Permit |
| 000155-000220 | 03.14.2008 | Transcript of Proceedings for Non-Jury Trial, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000221-000221 | 10.18.2010 | Ltr to K. Hollarn from T. Jahnke, GRDA, re ORA Request |
| 000222-000226 | 02.22.2008 | Mtn to Reconsider Order Entered in Forcible Entry and Detainer Action, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000227-000227 | 02.22.2008 | Affidavit of Mailing Order Striking Hearing of W. Wright, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000228-000228 | 02.22.2008 | Order Striking Hearing, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000229-000233 | 02.15.2008 | Forcible Entry and Detainer Affidavit of T. Jahnke, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000234-000299 | 03.14.2008 | Transcript of Proceedings for Non-Jury Trial, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000300-000304 | 02.19.2008 | Defendant's Motion to Strike Hearing, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000305-000305 | 06.01.2010 | Email from H. Moore to M. Kiefner, et al., re Ozark Fence |
| 000306-000317 | 06.11.2007 | Ltr to Rep. B. Sherrer from K. Easley, GRDA, re Ozark Materials |
| 000318-000345 | 12.28.2010 | ODEQ Notice of Violation to Ozark Materials re Operational and Permit Violations and Construction Violations |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 000346-000347 | 05.11.2010 | Ltr to J. Kemp from T. Jahnke, GRDA, re Lease of GRDA Property |
| 000348-000348 | 08.28.2006 | OWRB Public Notice Review re Project #06-01 |
| 000349-000384 | 08.30.2006 | Ltr to FERC Sec. from T. Jahnke, GRDA, re Markham Ferry, Project No. 2183, Ozark Materials River Rock Company, LLC; Jenson's RV Park; Lakeside Terrace Mobile Home Park; Spring Cove West Resort; and Jim & Kenny Packard |
| 000385-000407 | 07.18.2006 | GRDA Form re Request for Comments for Project #06-01 |
| 000408-000411 | 10.06.2006 | Ltr to J. Cofrancsco, FERC, from T.Jahnke, GRDA, re GRDA Lease with Ozark Materials |
| 000412-000422 | 04.01.2010 | Ltr to D. Schooley, ODM, from T. Jahnke, GRDA, re Ozark Materials |
| 000423-000426 | 04.11.2008 | Ltr to L. Parsons, Mayes County Court Clerk, from T. Jahnke, GRDA, Enclosing Plaintiff's Response to Defendant's Motion for Hearing to Stay Judgment and Set Appeal Bond, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000427-000429 | 04.30.2008 | Ltr to Mayes County Court Clerk's Office from T. Jahnke, GRDA, Enclosing Order to Disburse Funds, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000430-000430 | 06.02.2010 | Ltr to T. Jahnke, GRDA, from J. Kemp, Pryor Stone, re Leasing Salina Pumpback |
| 000431-000433 | 05.03.2010 | Ltr to B. Eastman, Ozark Materials, from T. Jahnke, GRDA, re Personal Property on GRDA Property |
| 000434-000434 | 03.25.2008 | Journal Entry of Judgment, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000435-000435 | 03.31.2008 | Ltr to D. Schooley, ODM, from T. Jahnke, GRDA, re Ozark Materials |
| 000436-000438 | 05.24.2007 | Ltr to B. Hulsey, Office of J. Inhofe, from T. Jahnke, GRDA, re Brad Eastman/Ozark Materials |
| 000439-000439 | 05.04.2010 | Landmark Surveying, LLC Invoice No. 2272-1 to T. Jahnke, GRDA |
| 000440-000449 | 07.01.2005 | Executed Lease between GRDA and Ozark Materials |
| 000450-000459 | 04.22.2010 | Email to Landmark Surveying from T. Jahnke, GRDA, re Ozark |
| 000460-000460 | 04.20.2010 | Email to T. Jahnke, GRDA, from Landmark Surveying re Ozark |
| 000461-000461 | 04.20.2010 | Email to J. Fraley from T. Jahnke, GRDA, re Ozark |
| 000462-000462 | 05.24.2010 | Email to J.D. Couch from H. Moore, GRDA, re Ozark |

3

| Bates Number | Date | Document Name/Description |
|---|---|---|
| | | Fence |
| 000463-000463 | 03.16.2010 | Email to C. Floyd from J. Fraley, GRDA, re Items Needed #1 |
| 000464-000464 | 07.20.2010 | Memorandum to J. Kelley, GRDA, from T. Jahnke, GRDA, re GRDA v. Ozark Materials |
| 000465-000465 | 05.14.2010 | Memorandum to J. Kelley, GRDA, from T. Jahnke, GRDA, re Check Request Re Ozark Materials |
| 000466-000467 | 04.09.2010 | Facsimile to T. Jahnke, GRDA, from Landmark Surveying re Survey Quote |
| 000468-000468 | No Date | Business Card for B. King, Landmark Surveying, LLC |
| 000469-000477 | 09.13.1993 | Application to GRDA for Irrigation Permit by B. Eastman and A. Campbell DBA Ozark Materials |
| 000478-000479 | 05.11.2010 | Email to J. Kemp, Pryor Stone, from T. Jahnke, GRDA, re Survey |
| 000480-000480 | 05.11.2010 | Email to D. Jones, GRDA, from T. Jahnke, GRDA, re Meeting Cancellation |
| 000481-000481 | 05.11.2010 | Email to J. Kemp, Pryor Stone, from T. Jahnke, GRDA, re Meeting Cancellation |
| 000482-000484 | 05.10.2010 | Email to J. Kemp, Pryor Stone, from T. Jahnke, GRDA, re Lease |
| 000485-000486 | 06.23.1977 | Application to GRDA for Irrigation Permit by Ozark Materials |
| 000487-000489 | 06.20.1989 | Application to GRDA for Irrigation Permit by Ozark Materials |
| 000490-000492 | 06.20.1989 | Application to GRDA for Irrigation Permit by Ozark Materials |
| 000493-000494 | 06.23.1977 | Application to GRDA for Irrigation Permit by Ozark Materials |
| 000495-000497 | 06.03.2010 | Email to J. Kemp, Pryor Stone, from T. Jahnke, GRDA, re Lease |
| 000498-000499 | 06.04.2010 | Email to J. Kemp, Pryor Stone, from T. Jahnke, GRDA, re Lease |
| 000500-000508 | 06.18.2010 | Email to K. Kemp, Pryor Stone, from T. Jahnke, GRDA, re Draft Lease Agreement |
| 000509-000511 | 04.21.2010 | Ltr to Resides & Resides, PLLC from T. Jahnke, GRDA, re Ozark Materials |
| 000512-000517 | 04.07.2010 | Facsimile ltr to Resides & Resides, PLLC from T. Jahnke, GRDA, re Ozark Materials |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 000518-000521 | 07.22.2010 | Ltr to L. Parsons, Mayes County Court Clerk, from T. Jahnke, GRDA, Enclosing Statement of Judgment, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000522-000528 | 04.28.2010 | Facsimile ltr to Resides & Resides, PLLC from T. Jahnke, GRDA, re Ozark Materials |
| 000529-000534 | 04.07.2010 | Facsimile ltr to Resides & Resides, PLLC from T. Jahnke, GRDA, re Ozark Materials |
| 000535-000550 | 06.17.2010 | Facsimile to W. Wright from T. Jahnke, GRDA, of Plaintiff's Petition for Temporary and Permanent Injunction, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000551-000551 | 06.22.2010 | Ltr to T. McBride, Mayes County Judge, from T. Jahnke, GRDA, re GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000552-000555 | 06.06.2010 | Ltr to Oklahoma Sec. of State from T. Jahnke, GRDA, re Service on Registered Service Agency |
| 000556-000556 | 07.13.2010 | Memorandum to J. Kelley, GRDA, from T. Jahnke, GRDA, re Check Request for Secretary of State |
| 000557-000558 | 07.15.2010 | Ltr to Oklahoma Sec. of State from T. Jahnke, GRDA, re GRDA v. Ozark Materials |
| 000559-000567 | 08.02.2010 | Ltr to L. Parsons, Mayes County Court Clerk, from T. Jahnke, GRDA, Enclosing Plaintiff's Supplement to Response to Defendant's Motion to Dismiss, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000568-000568 | 06.03.2010 | Eastman Narrative 5-25 through 6-2 by C. Carlson |
| 000569-000569 | 05.06.2010 | Eastman Narrative 5-11-2010 by C. Carlson |
| 000570-000571 | 04.28.2010 | Eastman Narrative 4-28-2010 by C. Carlson |
| 000572-000573 | 04.23.2010 | Eastman Narrative 4-23-2010 by C. Carlson |
| 000574-000574 | 04.19.2010 | Eastman Narrative 4-19-2010 by C. Carlson |
| 000575-000575 | 04.12.2010 | Eastman Narrative 4-12-2010 by C. Carlson |
| 000576-000576 | 04.01.2010 | Eastman Narrative 4-1-2010 by C. Carlson |
| 000577-000581 | 04.09.2010 | Facsimile to Landmark Survey from T. Jahnke, GRDA, re Quote for Survey Services |
| 000582-000583 | 08.10.2010 | Defendant's Special Entry of Appearance and Withdrawl [sic] of Motion to Dismiss, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000584-000593 | 09.07.2010 | Defendant's Answer and Counterclaim of Ozark Materials, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000594-000595 | 09.15.2010 | EOA for Riggs Abney Attorneys on Behalf of GRDA, GRDA v. Ozark Materials, Case No. CV-2010-31 and CJ-2010-184 |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 000596-000601 | 09.17.2010 | Defendant Ozark's First Discovery Request to Plaintiff GRDA, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000602-000603 | 09.21.2010 | Facsimile to T. Jahnke, GRDA, from W. Wright re Ozark Materials; Letter of Today's Date |
| 000604-000604 | No Date | Certified Mail to B. Eastman from GRDA, Returned to Sender, Unclaimed |
| 000605-000612 | 05.25.2010 | Plaintiff's Petition for Temporary and Permanent Injunction, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000613-000613 | 05.25.2010 | Order for Hearing Plaintiff's Petition for Temporary Injunction, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000614-000614 | 06.23.2010 | Amended Order for Hearing Plaintiff's Petition for Temporary Injunction, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000615-000617 | 06.28.2010 | Summons to B. Eastman, Registered Service Agent of Ozark Materials, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000618-000618 | 07.02.2010 | Return of Service, Unfound, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000619-000620 | 07.09.2010 | Defendant's Special Entry of Appearance and Motion to Dismiss, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000621-000625 | 07.27.2010 | Plaintiff's Response to Defendant's Motion to Dismiss, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000626-000628 | 07.30.2010 | Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000629-000636 | 08.03.2010 | Plaintiff's Supplement to Response to Defendant's Motion to Dismiss, GRDA v. Ozark Materials, Case No. CV-2010-31 |
| 000637-000638 | 08.26.2010 | GRDA Check to Mayes County Court Clerk |
| 000639-000654 | 04.11.2008 | Ltr to L. Parsons, Mayes County Court Clerk, from T. Jahnke, GRDA, Enclosing Plaintiff's Application for Determination of Attorney Fees, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000655-000665 | 04.01.2010 | Ltr to D. Schooley, ODM, from T. Jahnke, GRDA, re Ozark Materials |
| 000666-000668 | 04.30.2008 | Ltr to Mayes County Court Clerk's Office from T. Jahnke, GRDA, Enclosing Order to Disburse Funds, GRDA v. Ozark Materials, Case No. SC-2008-115 |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 000669-000669 | 04.11.2008 | Ltr to L. Parsons, Mayes County Court Clerk, from T. Jahnke, GRDA, re Plaintiff's Response to Defendant's Motion for Hearing to Stay Judgment and Set Appeal Bond, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000670-000673 | 08.18.2010 | Defendant's Privilege Log, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000674-000675 | 08.05.2010 | Email to T. Jahnke, GRDA, from W. Wright, re Depositions |
| 000676-000676 | 08.09.2010 | Email to T. Jahnke, GRDA, from W. Wright, re Notice for Depo of C. Carlson |
| 000677-000678 | 08.05.2010 | Defendant's Notice of Deposition to K. Easley, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000679-000680 | 08.09.2010 | Defendant's Notice of Deposition to C. Carlson, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000681-000682 | 07.30.2010 | Defendant's Deposition Subpoena Duces Tecum, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000683-000684 | 08.13.2010 | Ltr to T. Jahnke, GRDA, from W. Wright re Ozark Materials |
| 000685-000686 | 08.20.2010 | Facsimile to T. Jahnke, GRDA, from W. Wright re Ozark Materials; Letter of Today's Date |
| 000687-000687 | 08.10.2010 | Ltr to L. Parsons, Mayes County Court Clerk, from G. Zumwalt-Smith, GRDA, re Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000688-000703 | 08.11.2010 | Defendant GRDA's Motion to Quash Subpoenas and for Protective Order, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000704-000716 | 08.23.2010 | Ozark's Response and Objection to GRDA Motion to Quash Keven Easley Subpoena, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000717-000724 | 08.18.2010 | Defendant GRDA's Responses to Plaintiff's First Request for Production of Documents to Defendant, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000725-000726 | 08.09.2010 | Notice of Deposition of C. Carlson, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000727-000728 | 09.15.2010 | EOA for Riggs Abney Attorneys on Behalf of GRDA, GRDA v. Ozark Materials, Case No. CV-2010-31 and CJ-2010-184 |
| 000729-000733 | 07.21.2010 | Civil Motion Docket |
| 000734-000737 | 08.18.2010 | Civil Motion Docket |
| 000738-000745 | 08.18.2010 | Civil Motion Docket |
| 000746-000752 | 09.22.2010 | Civil Motion Docket |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 000753-000757 | 07.16.2010 | Ozark's First Request for Production of Documents to GRDA, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000758-000763 | 07.08.2010 | Ozark's Reply to GRDA's Response to Ozark's Motion for Injunction, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000764-000767 | 06.28.2010 | GRDA's Response to Ozark's Motion for Injunction, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000768-000772 | 06.28.2010 | GRDA's Answer, Ozark Materials v. GRDA, Case No. CJ-1020-184 |
| 000773-000778 | 06.04.2010 | Ozark Materials' Petition, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000779-000784 | 06.04.2010 | Ozark Materials' Motion for Injunction, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000785-000785 | 06.04.2010 | Summons to GRDA, Ozark Materials v. GRDA, Case No. CJ-2010-184 |
| 000786-000792 | 08.05.2010 | Facsimile to T. Jahnke, GRDA, from W. Wright re Ozark Materials; Notice of Subpoenas |
| 000793-000794 | 06.10.2010 | Facsimile to G. Zumwalt-Smith, GRDA, from W. Wright re Ozark Materials; Letter of Today's Date |
| 000795-000807 | 06.09.2010 | Facsimile to G. Zumwalt-Smith and T. Jahnke, GRDA, from W. Wright re Ozark Materials; Letter of Today's Date with Attachments |
| 000808-000875 | 04.11.2008 | GRDA's Response to Ozark Materials' Motion for Hearing to Stay Judgment and Set Appeal Bond, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000876-000876 | 10.10.2006 | Ltr to B. Eastman, Ozark Materials, from T. Jahnke, GRDA, re Lease with GRDA |
| 000877-000877 | 11.28.2006 | Ltr to M. Antinoro, Taylor Burrage Foster Mallet Downs & Ramsey, from T. Jahnke, GRDA, re Ozark Materials' Lease with GRDA |
| 000878-000878 | 06.13.2007 | Ltr to B. Eastman, Ozark Materials, from T. Jahnke, GRDA, re Additional Time to Remove Property |
| 000879-000879 | 06.20.2007 | Ltr to GRDA from B. Eastman, Ozark Materials, re Additional Time to Remove Property |
| 000880-000880 | 08.06.2007 | Ltr to B. Eastman, Ozark Materials, from T. Jahnke, GRDA, re Additional Time to Remove Property |
| 000881-000881 | 08.10.2007 | Ltr to B. Eastman, Ozark Materials, from T Jahnke, GRDA, re Termination of Lease |
| 000882-000888 | 07.01.2005 | Lease Between Plaintiff and GRDA |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 000889-000889 | No Date | Map of Plaintiff's Exhibit 16 |
| 000890-000890 | 1995 | Aerials Photograph of Property of Plaintiff's Exhibit 3 |
| 000891-000891 | No Date | B/W Photo of Ozark Materials' Mining in Saline Creek, Marked Plaintiff's Exhibit 6 |
| 000892-000892 | 02.19.2008 | B/W Photo of Ozark Materials' Stock Pile, Marked Plaintiff's Exhibit 18 |
| 000893-000893 | 09.14.2006 | B/W Photo of Ozark Materials Mining in Saline Creek, Marked Plaintiff's Exhibit 7 |
| 000894-000895 | 02.15.2008 | Affidavit of T. Jahnke, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 000896-000897 | 01.17.2001 | Ozark Materials' Permit to Engage in Non-Coal Mining |
| 000898-000903 | 08.14.2000 | Ozark Materials' Permit Application to Engage in Non-Coal Mining, Reclamation Section, Marked Exhibit 1 |
| 000904-000908 | No Date | Hole Location Tables, Marked Exhibit 15 |
| 000909-000909 | 08.23.2010 | Ltr to T. Jahnke, GRDA, from D. Wilson, Don Wilson Appraisal Group, re Diminution in Value of GRDA Property |
| 000910-000911 | 01.17.2001 | Ozark Materials' Permit to Engage in Non-Coal Mining, Marked Exhibit 2 |
| 000912-000912 | 04.07.2008 | Ltr to B. Eastman, Ozark Materials, from D. Schooley, ODM, re Ltr Received from GRDA, Marked Exhibit 3 |
| 000913-000916 | 06.09.2010 | GRDA Board Minutes, Marked Exhibit 4 |
| 000917-000917 | 10.31.2001 | Application to GRDA for Gravel, Dirt and Rock Hauling Permit by B. Eastman DBA Ozark Materials |
| 000918-000918 | 09.13.1993 | Application for Irrigation Permit to GRDA by B. Eastman, A. Campbell DBA Ozark Materials |
| 000919-000921 | 06.20.1989 | Application to Permit to Appropriate the Waters of Grand River, or Saline Creek, a Tributary of Grand River, or Hudson Lake on Grand River for Beneficial Use in Mayes County for Irrigation by A. Perkins DBA Ozark Materials to GRDA |
| 000922-000924 | 04.24.1995 | Application for Gravel, Dirt and Rock Hauling Permit by Ozark Materials to GRDA |
| 000925-000926 | 06.06.1997 | Ltr to B. Eastman, Ozark Materials, from M. Hawkins, GRDA, re 1997 Gravel Permit |
| 000927-000927 | 06.06.1997 | Application for Gravel, Dirt and Rock Hauling Permit by Ozark Materials to GRDA |
| 000928-000929 | 12.28.1995 | Ltr to B. Eastman, Ozark Materials, from M. Von Drehle re 1996 Gravel Permit Application |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 000930-000931 | 05.22.1995 | Application for Gravel, Dirt and Rock Hauling Permit by Ozark Materials to GRDA |
| 000932-000933 | 05.22.1995 | Application for Gravel, Dirt and Rock Hauling Permit by Ozark Materials to GRDA |
| 000934-000934 | No Date | GRDA Revenue Fund and Small Purchases for L. Eastman Irrigation Permit H-108 |
| 000935-000935 | 05.04.1994 | Ltr to B. Eastman, A. Campbell, and Ozark Materials from J. Weatherford, GRDA, re Copies of Maps and Annual Gravel Permit |
| 000936-000936 | 04.22.1994 | Ltr to B. Eastman, A. Campbell, and Ozark Materials from D. Manning, ACOE, re CWA Section 404 |
| 000937-000938 | 09.13.1993 | Application for Gravel, Dirt and Rock Hauling Permit by Ozark Materials to GRDA |
| 000939-000943 | 06.01.1993 | Application for Gravel, Dirt and Rock Hauling Permit by Ozark Materials to GRDA |
| 000944-000944 | 05.07.1993 | Ltr to S. Duck, Ozark Materials, from J. Weatherford, GRDA, re Gravel Permit Application |
| 000945-000945 | 02.24.1992 | Application/Permit for Gravel, Dirt and Rock Haul Permit by R. Duck to GRDA |
| 000946-000946 | 10.22.1990 | Application/Permit for Gravel, Dirt and Rock Haul Permit by S. Duck to GRDA |
| 000947-000947 | 06.14.1989 | Application/Permit for Gravel, Dirt and Rock Haul Permit by A. Perkins, Ozark Materials, to GRDA |
| 000948-000948 | 05.25.1989 | Ltr to J. Crouch, GRDA, from L. Morehead re Sale of Ozark Material |
| 000949-000951 | 04.13.1989 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |
| 000952-000952 | 04.07.1987 | Application/Permit for Gravel, Dirt and Rock Haul Permit by L. Morehead to GRDA |
| 000953-000953 | 04.07.1988 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |
| 000954-000954 | 04.07.1986 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |
| 000955-000957 | 06.03.1985 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |
| 000958-000958 | 04.07.1984 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |
| 000959-000959 | 04.07.1983 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 000960-000960 | 04.15.1982 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |
| 000961-000961 | 04.15.1982 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |
| 000962-000962 | 08.10.1980 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |
| 000963-000963 | 04.07.1980 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |
| 000964-000964 | 08.10.1979 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |
| 000965-000965 | No Date | Handwritten Load Payment Calculations |
| 000966-000966 | 04.07.1979 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Morehead to GRDA |
| 000967-000970 | 04.09.1979 04.10.1978 08.20.1978 | Application/Permit for Gravel, Dirt and Rock Haul Permit by M. Pritchett to GRDA |
| 000971-000972 | 04.13.1977 | Application/Permit for Gravel, Dirt and Rock Haul Permit by M. Pritchett to GRDA |
| 000973-000975 | 07.27.1976 | Application for Permit for Dikes, Jetties, Channels, Excavations, Etc. by D. Bohannan to GRDA |
| 000976-000976 | 06.23.1977 | Application/Permit for Gravel, Dirt and Rock Haul Permit by D. Bohannan to GRDA |
| 000977-000978 | 05.25.1977 | Ozark Materials Inc.'s Application for Permit to Appropriate the Waters of Grand River, or Saline Creek, a Tributary of Grand River, or Hudson Lake on Grand River for Beneficial Use in Mayes County for Irrigation to GRDA |
| 000979-000980 | 06.23.1977 | D. Bohannan's Application for Permit to Appropriate the Waters of Grand River, or Saline Creek, a Tributary of Grand River, or Hudson Lake on Grand River for Beneficial Use in Mayes County for Irrigation to GRDA |
| 000981-000981 | 06.24.1977 | Ltr to D. Bohannan from B. Greene, GRDA, re Washing Gravel Permit |
| 000982-000982 | No Date | Handwritten Notes re Gravel Permit #29 |
| 000983-000983 | No Date | Handwritten ltr from D. Bohannan to B. Greene, GRDA, re Gravel Permit and Water Permit |
| 000984-000984 | 05.25.1977 | Handwritten Notes re D. Bohannan |
| 000985-000985 | 06.18.1964 | GRDA Perpetual Easement |
| 000986-000986 | No Date | Handwritten Notes |
| 000987-000987 | 05.23.1977 | Application for Gravel, Dirt and Rock Haul Permit |

11

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 000988-000988 | 04.02.1974 | Application for Gravel, Dirt and Rock Haul Permit |
| 000989-000989 | 04.26.1973 | Application for Gravel, Dirt and Rock Haul Permit |
| 000990-000990 | 03.30.1973 | Application for Gravel, Dirt and Rock Haul Permit |
| 000991-000991 | 04.19.1971 | Application for Gravel, Dirt and Rock Haul Permit |
| 000992-000992 | 06.10.1971 | Application for Gravel, Dirt and Rock Haul Permit |
| 000993-000994 | 07.02.1964 | Ltr Correspondence between GRDA and Q. B. Boydstun re Reservoir Land |
| 000995-000996 | 07.06.1964 | Ltr Correspondence between WR Holway and Q. B. Boydstun re Land flow and easements |
| 000997-000997 | 06.22.1964 | Ltr Correspondence between C. Hugh Morgan and Q. B. Boydstun re Tract Maps |
| 000998-000998 | 06.19.1964 | Ltr Correspondence between WR Holway and Q. B. Boydstun re Revised Tracts |
| 000999-001004 | 06.18.1964 | Tract No. 2MF 100, SEC 30 T21N R21E |
| 001005-001005 | 04.06.1964 | Memorandum from Q. B. Boydstun to Hugh A. Hall re Sale of Tract 2 well house |
| 001006-001006 | 03.23.1964 | Buyer's Report on Tract No. 2 MF 100 |
| 001007-001007 | 03.23.1964 | Buyer's Report - Sale of Improvements - on Tract No. 2 MF 100 |
| 001008-001008 | No Date | Blank Form to Field Abstracter |
| 001009-001009 | 07.27.1976 | Application for Gravel, Dirt and Rock Haul Permit |
| 001010-001011 | 01.30.1963 | Ltr Correspondence between GRDA and E. Brown re Deed |
| 001012-001013 | 01.30.1963 | Ltr Correspondence between GRDA and E. Brown re Deed |
| 001014-001014 | 12.12.1962 | Ltr Correspondence between Q. B. Boydstun and Boone and Ellison re Tract 2 MF 100 |
| 001015-001015 | 11.2.1962 | Ltr Correspondence between Q. B. Boydstun and Boone and Ellison re Tract 2 MF 100 |
| 001016-001016 | No Date | Handwritten notes re Tract 2 MF 100 |
| 001017-001017 | 10.30.1962 | Memorandum from Q. B. Boydstun to Field Abstracter re Tract 2 MF 100 |
| 001018-001018 | 10.30.1962 | Memorandum from Q. B. Boydstun to Field Abstracter re Tract 2 MF 100 |
| 001019-001019 | 10.02.1962 | Ltr Correspondence between Q. B. Boydstun and Thomas C. Williams re Tract 2 MF 100 |
| 001020-001020 | 09.18.1962 | Buyer's Report from C. I. Trimble re Tract 2 MF 100 |
| 001021-001021 | 09.18.1962 | Buyer's Report from C. I. Trimble re Tract 2 MF 100 |
| 001022-001022 | 09.05.1962 | Fee Title for Tract 2 MF 100 |
| 001023-001023 | 10.27.196? | Statement from Mayes County Abstract Company re Real Estate |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 001024-001024 | 10.03.1962 | GRDA Receiving and Inspection Report, PO No. Land M. F. 236 |
| 001025-001025 | 09.14.1962 | GRDA Purchase Order, PO No. Land M. F. 236 |
| 001026-001026 | 09.05.1962 | Fee Title for Tract 2 MF 100 |
| 001027-001027 | 09.10.1962 | GRDA Appraisal Report for Tract 2 MF 100 |
| 001028-001028 | 10.30.1962 | Memorandum from Q. B. Boydstun to Field Abstracter re Tract 2 MF 100 |
| 001029-001029 | 10.02.1962 | Ltr Correspondence between Q. B. Boydstun and Thomas C. Williams re Tract 2 MF 100 |
| 001030-001030 | 09.18.1962 | Buyer's Report from C. I. Trimble re Tract 2 MF 100 |
| 001031-001031 | 09.18.1962 | Buyer's Report from C. I. Trimble re Tract 2 MF 100 |
| 001032-001032 | 09.05.1962 | Fee Title for Tract 2 MF 100 |
| 001033-001033 | 10.27.196? | Statement from Mayes County Abstract Company re Real Estate |
| 001034-001034 | 10.03.1962 | GRDA Receiving and Inspection Report, PO No. Land M. F. 236 |
| 001035-001035 | 09.14.1962 | GRDA Purchase Order, PO No. Land M. F. 236 |
| 001036-001036 | 09.05.1962 | Fee Title for Tract 2 MF 100 |
| 001037-001037 | 09.10.1962 | GRDA Appraisal Report for Tract 2 MF 100, Sheet 1 of 3 |
| 001038-001038 | 09.10.1962 | GRDA Appraisal Report for Tract 2 MF 100, Sheet 2 of 3 |
| 001039-001039 | 09.10.1962 | GRDA Appraisal Report for Tract 2 MF 100, Sheet 3 of 3 |
| 001040-001040 | 04.08.2010 | Supreme Court of Oklahoma - Orders of the Court |
| 001041-001041 | 03.29.2010 | Supreme Court of Oklahoma - Orders of the Court |
| 001042-001042 | 02.02.2010 | Supreme Court of Oklahoma - Cases Assigned to the Court of Appeals |
| 001043-001045 | 10.30.2008 | OSCN Case Summary for GRDA v. Ozark Materials, SC-2008-115 |
| 001046-001047 | 08.11.2008 | OSCN Case Summary for GRDA v. Ozark Materials, SC-2008-115 |
| 001048-001051 | 06.08.2008 | Settlement Statement of Ozark Materials, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001052-001056 | 06.03.2008 | GRDA Settlement Conference Statement, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001057-001059 | No Date | Blank Settlement Conference Statement, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001060-001063 | 06.12.2010 | OSCN Case Summary for GRDA v. Ozark Materials, Case No. DF-105736 |
| 001064-001064 | No Date | Filing Timeline, GRDA v. Ozark Materials, Case No. DF-105736 |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 001065-001065 | 05.17.2010 | Order re Attorney's Fees, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001066-001070 | 12.21.2009 | Opinion of Oklahoma Civil Court of Appeals, Division 1, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001071-001071 | No Date | Pleadings Index, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001072-001080 | 04.20.2010 | Ozark Materials' Response to GRDA's Application for Award of Attorney's Fees, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001081-001081 | 04.21.2010 | Ltr to T. Jahnke, GRDA, from S. Kruszynski, Resides & Resides, PLLC, re GRDA v. Ozark Materials, Case No. DF-105736 |
| 001082-001085 | 04.02.2010 | GRDA's Application for Award of Attorney's Fees, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001086-001089 | 04.02.2011 | GRDA's Application for Award of Attorney's Fees, GRDA v. Ozark Materials, Case No. DF-105737 |
| 001090-001094 | 03.04.2010 | Ozark Materials' Reply to GRDA's Answer to Petition for Certiorari, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001095-001099 | 02.19.2010 | GRDA's Answer to Petition for Certiorari, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001100-001100 | 02.19.2010 | Ltr to M. Richie, Supreme Court Clerk, from T. Jahnke, GRDA, re GRDA v. Ozark Materials, Case No. DF-105736 |
| 001101-001112 | 02.05.2010 | Ozark Materials' Petition for Certiorari, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001113-001113 | 01.19.2010 | Order re Ozark Materials' Petition for Rehearing, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001114-001114 | 01.11.2010 | EOA for Resides & Resides, PLLC, Attorneys, GRDA v. Ozark Materials, Case No. 105736 |
| 001115-001119 | 12.21.2009 | Opinion of Oklahoma Civil Court of Appeals, Division 1, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001120-001130 | 12.27.2008 | Ozark Materials' Reply Brief, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001131-001131 | 01.22.2010 | Email to T. Jahnke, GRDA, from P. Klepczyk re Ozark |
| 001132-001144 | 12.09.2008 | GRDA's Brief-In-Chief, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001145-001157 | 11.14.2008 | Ozark Materials' Brief-In-Chief, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001158-001169 | 12.09.2008 | Time Stamped GRDA's Brief-In-Chief, GRDA v. Ozark Materials, Case No. DF-105736 |

14

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 001170-001170 | 12.08.2008 | Ltr to Supreme Court Clerk from T. Jahnke, GRDA, re GRDA v. Ozark Materials, Case No. DF-105736 |
| 001171-001171 | 12.08.2008 | Ltr to L. Parsons, Mayes County Court Clerk, from T. Jahnke, GRDA, re GRDA v. Ozark Materials, Case No. DF-105736 |
| 001172-001192 | 01.11.2010 | Ozark Materials' Petition for Rehearing and Brief in Support, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001193-001193 | 11.14.2008 | Ltr to Court Clerk of Oklahoma Supreme Court from W. Wright re GRDA v. Ozark Materials, Case No. DF-105736 |
| 001194-001195 | 10.30.2008 | Notice of Amendment of Index, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001196-001199 | 10.17.2008 | Agreed Order Substituting Cash Bond with Surety Bond and Directing Court Clerk to Release Funds, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001200-001200 | 05.14.2008 | Notice of Continuance, Reschedule, and/or Relocation of Settlement Conference, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001201-001202 | 05.07.2008 | Order for Settlement Conference, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001203-001206 | 04.22.2008 | Designation of Record for Appeal from District Court, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001207-001209 | 04.22.2008 | GRDA's Response to Petition in Error, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001210-001212 | 04.22.2008 | EOA for T. Jahnke, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001211-001211 | 04.21.2008 | Ltr to M. Richie, Supreme Court Clerk, from T. Jahnke, GRDA, re GRDA v. Ozark Materials, Case No. DF-105736 |
| 001212-001212 | 04.21.2008 | Ltr to L. Parsons, Mayes County Court Clerk, from T. Jahnke, GRDA, re GRDA v. Ozark Materials, Case No. DF-105736 |
| 001213-001222 | 04.03.2008 | Petition in Error, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001223-001228 | 04.03.2008 | Time Stamped Designation of Record for Appeal from District Court, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001229-001230 | 04.03.2008 | EOA for W. Wright, GRDA v. Ozark Materials, Case No. DF-105736 |
| 001231-001241 | 08.13.2010 | Mayes Co. Small Claims Court Motion Docket, GRDA v. Ozark Materials, Case No. SC-2008-115 |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 001242-001249 | 03.14.2008 | Mayes Co. Small Claims Court Motion Docket, Asset Hearing, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001250-001266 | 09.13.2010 | GRDA's Consolidated Motion to reconsider and Motion for New Trial and Brief in Support Thereof, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001267-001274 | 08.27.2010 | Partial Transcript, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001275-001294 | 08.19.2010 | Ozark's Response and Objection to GRDA Motion to Quash K. Easley Subpoena, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001295-001298 | 08.27.2010 | Mayes Co. Small Claims Court Motion Docket, Asset Hearing, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001299-001300 | No Date | Pleadings Index, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001301-001303 | 08.11.2010 | Order for Hearing Plaintiff's Motion for Continuance, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001304-001317 | 08.12.2010 | Motion to Quash Subpoena for Hearing on Damages, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001318-001327 | 08.11.2010 | Ozark's Response and Objection to GRDA Application for Attorneys' Fees, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001328-001330 | 08.11.2010 | Ozark's Response and Objection to GRDA Motion to Transfer Case, GRDA v. Ozark Material, Case No. SC-2008-115 |
| 001331-001340 | 08.10.2010 | GRDA's Motion to Transfer Case to District Court, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001341-001343 | 08.10.2010 | GRDA's Motion for Continuance, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001344-001344 | 08.09.2010 | Court Minute, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001345-001347 | 08.09.2010 | Ozark Materials' Notice of Subpoena, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001348-001348 | 08.03.2010 | Order Granting Defendant's Application for Extension of Time, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001349-001350 | 07.27.2010 | Ozark Materials' Application for Extension of Time to Respond to GRDA Application for Determination of Attorney Fees, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001351-001352 | 07.23.2010 | Statement of Judgment, GRDA v. Ozark Materials, Case No. SC-2008-115 |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 001353-001367 | 07.12.2010 | GRDA's Application for Determination of Attorney Fees, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001368-001371 | 06.04.2010 | Ozark Response to GRDA Motion for Damages and Cross Motion for Release of Appeal Bond, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001372-001376 | 05.25.2010 | GRDA's Motion for Damages and Judgment on Bond, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001377-001380 | 10.17.2008 | Agreed Order Substituting Cash Bond with Surety Bond and Directing Court Clerk to Release Funds, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001381-001388 | 09.22.2008 | GRDA's Response to Application for entry of Order on Defendant's Motion to Substitute Cash Bond with Security Bond and Directing Court Clerk to Release Funds, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001389-001390 | 09.17.2008 | Notice of Completion, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001391-001392 | 09.19.2008 | Ozark Materials' Application for entry of Order on Defendant's Motion to Substitute Cash Bond with Surety Bond and Directing Court Clerk to Release Funds, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001393-001393 | 08.15.2008 | Order Setting Hearing on Plaintiff's Motion to Substitute Cash Bond with Surety Bond and Directing Court Clerk to Release Funds, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001394-001396 | 08.15.2008 | Ozark Materials' Motion to Substitute Cash Bond with Surety Bond and Directing Court Clerk to Release Funds, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001397-001398 | 07.23.2008 | Notice of Change of Address, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001399-001400 | 05.02.2008 | Order to Disburse Funds, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001401-001402 | 04.25.2008 | Order Staying Judgment and Approving Appeal Bond, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001403-001406 | 04.22.2008 | Designation of Record for Appeal from District Court, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001407-001409 | 04.22.2008 | Response to Petition In Error, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001410-001410 | 04.22.2008 | EOA for T. Jahnke, GRDA v. Ozark Materials, Case No. SC-2008-115 |

17

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 001411-001477 | 04.14.2008 | GRDA's Response to Defendant's Motion for Hearing to Stay Judgment and Set Appeal Bond, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001478-001478 | 04.04.2008 | Order Setting Hearing, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001479-001480 | 04.01.2008 | Defendant Ozark Material's Motion for Hearing to Stay Judgment and Set Appeal Bond, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001481-001482 | 03.14.2008 | Order to Vacate, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001483-001484 | 03.25.2008 | Journal Entry of Judgment, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001485-001485 | 02.22.2008 | Order Granting Plaintiff's Motion for reconsideration and Setting Hearing Date, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001486-001555 | 4.2009 | 2009 Annual Groundwater and Surface Water Monitoring Report, Pryor Conservation Project LaFarge North America Inc. |
| 001556-001558 | 05.13.2011 | Notice of Hearing, In re Ozark Materials' GW Application No. 2010-567 |
| 001559-001570 | 05.27.2011 | Benham's Discovery Requests, In re Ozark Materials' GW Application No. 2010-567 |
| 001571-001634 | 04.28.2011 | ODEQ Data Complaint Form, Complaint No. 300-00-00-74015 |
| 001635-001640 | 07.29.2011 | Customer Details received from Mayes Rural Water District No. 9 |
| 001641-001641 | 06.27.2011 | Ltr to OWRB from R. Beeson, Superior Environmental Compliance, Inc., re Withdrawal of Ozark Materials' GW Application No. 2010-567 |
| 001642-001650 | 07.12.2001 | Amended Permit for Non-Coal Mining  Permit No. L.E.-1843-A by Ozark Materials to ODM |
| 001651-001657 | 11.14.2011 | Ltr to K. Hollarn from D. Schooley, ODM, re Ozark Materials, NC 11-019 |
| 001658-001659 | 11.09.2011 | Audit history of Petty's from Mayes Rural Water District No. 9 |
| 001660-001661 | 07.05.2011 | Exhibit 1 of Record of Proceedings Taken on Behalf of Protestant, In re Ozark Materials' GW Application No. 2010-567 |

18

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 001662-001663 | 07.05.2011 | Exhibit 2 of Record of Proceedings Taken on Behalf of Protestant, In re Ozark Materials' GW Application No. 2010-567 |
| 001664-001668 | 07.05.2011 | Record of Proceedings Taken on Behalf of Protestant, In re Ozark Materials' GW Application No. 2010-567 |
| 001669-001669 | | Map depicting Eastman Ownership, GRDA Flowage Easement on Eastman Property, Encroachment on GRDA Ownership, Sisemore Appraisal Services |
| 001670-001670 | 1995 | Aerial Photo, Sisemore Appraisal Services |
| 001671-001671 | 10.08.2004 | Aerial Photograph Showing Gravel Mining Operation, Sisemore Appraisal Services |
| 001672-001672 | No Date | USGS Topographic Map, Sisemore Appraisal Services |
| 001673-001673 | 09.26.2003 | FEMA Flood Map, Sisemore Appraisal Services |
| 001674-001674 | 10.08.2004 | Aerial Photo Showing Gravel Mining Operation, Sisemore Appraisal Services, marked Plaintiff's Exhibit 4 |
| 001675-001675 | No Date | 1995 Aerial Photograph of Property, Sisemore Appraisal Services, marked Plaintiff's Exhibit 3 |
| 001676-001676 | No Date | Photograph of Saline Creek, marked Plaintiff's Exhibit 6 |
| 001677-001677 | 09.14.2006 | Photograph of Saline Creek, marked Plaintiff's Exhibit 7 |
| 001678-001678 | 05.27.2011 | Affidavit of J. Cunningham, OWRB, re no surface or groundwater permit ever being issued to Ozark Materials |
| 001679-001693 | 08.20.1994 | Application for Department of the Army Permit by Ozark Materials |
| 001694-001700 | 02.22.1993 | Application for Permit to Engage in Non-Coal Mining by Ozark Materials to ODM |
| 001701-001708 | 11.05.2010 | Application for Temporary Permit to Use Groundwater by Ozark Materials to the OWRB |
| 001709-001712 | 10.23.2007 | Certified ltr to Ozark Materials' Environmental Manager from L. Smith, ODEQ, re Class III Wastewater Impoundment authorization |
| 001713-001716 | 11.29.2007 | Certified ltr to Ozark Materials' Environmental Manager from L. Smith, ODEQ, re Class III Wastewater Impoundment authorization |
| 001717-001717 | 03.10.2005 | ACOE Conversation Record re Tulsa District's Sand and Gravel Mining Guidelines |
| 001718-001718 | 08.18.2000 | ACOE Conversation Record re Tulloch Rule and ACOE regulatory procedures |
| 001719-001719 | 08.19.2004 | Telephone Conversation Record between D. Townsend, GRDA, and A. Commer, ACOE, re Ozark Materials |

19

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 001720-001725 | 03.10.2005 | Facsimile to B. Eastman, Ozark Materials, from A. Ryan, ACOE, enclosing Sand and Gravel Mining in Oklahoma Streams Guidelines for Operations, Clean Water Act, Section 404 , Effective Date April 7, 2000 |
| 001726-001732 | 03.14.2008 | Portion of Transcript of Proceedings, GRDA v. Ozark Materials, Case No. SC-2008-115 |
| 001733-001733 | 01.10.2005 | Email to R. Allen, ACOE, from W. Craney, ODEQ, re Ozark Materials Sand/Gravel Mining Operation |
| 001734-001737 | 08.18.2004 | Email to A. Commer, ACOE, from D. Townsend, GRDA, re Ozark Materials |
| 001738-001747 | 03.28.1997 | ACOE Permit Evaluation and Decision Document, In re Ozark Materials' Application No. OKL20055375 |
| 001748-001757 | 03.11.1997 | Facsimile from ACOE requesting substantive site-specific comments for Ozark Materials' Application No. OKR2005375 |
| 001758-001758 | 03.03.1997 | Handwritten note re no objection by USFWS to Pryor Sand Plant on Saline Creek |
| 001759-001759 | 03.12.1997 | Handwritten note re call to M. Duncan, Oklahoma Archeological Survey, re Ozark Materials' Application No. OKL2005375 |
| 001760-001760 | No Date | Handwritten note to R. Allen, ACOE, from B. Eastman, Ozark Materials, re Enercon Services |
| 001761-001761 | 08.18.2004 | Handwritten note re conversation with D. Townsend, GRDA, re potential violation by Ozark Materials of Case 5375 |
| 001762-001762 | 10.28.2004 | Handwritten note re conversation with D. Schooley, ODM, re Ozark Materials |
| 001763-001763 | 07.17.2000 | Facsimile of handwritten note to R. Allen, ACOE, from B. Eastman, Ozark Materials, re Enercon Services |
| 001764-001766 | No Date | ACOE Letter of Permission Conditions to B. Eastman, Ozark Materials |
| 001767-001773 | 03.07.2011 | Facsimile to OWRB Permitting Division from K. Hollarn re Protest to Ozark Materials' Groundwater Permit Application No. 2010-567 |
| 001774-001775 | 02.26.1997 | Ltr to ACOE Regulatory Section from R. Suttles, Oklahoma Department of Wildlife Conservation, re Ozark Materials' application |
| 001776-001776 | 02.26.1997 | Ltr to ACOE Regulatory Section from R. Suttles, Oklahoma Department of Wildlife Conservation, re Ozark Materials' application |

20

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 001777-001777 | 03.12.1997 | Ltr to S. Charlson, ACOE, from M. Duncan and R. Brooks, Oklahoma Archeological Survey, re Ozark Materials' application |
| 001778-001778 | 03.19.1997 | Ltr to S. Carlson, ACOE, from M. Heisch, Oklahoma Historical Society, re Ozark Materials' application |
| 001779-001779 | 05.12.2008 | Ltr Correspondence from Ozark Materials re Initiating Closure to a Facility Pond - Ltr revised 07.10.2008 |
| 001780-001780 | 05.12.2008 | Ltr Correspondence from Ozark Materials re Initiating Closure to a Facility Pond |
| 001781-001781 | 05.30.2008 | Ltr Correspondence from DEQ to Brad Eastman re General Permit No. OKGC3T: Total Retention Surface Impoundments |
| 001782-001782 | 04.29.2008 | Ltr Correspondence from DEQ to Brad Eastman re General Permit No. OKGC3T: Total Retention Surface Impoundments |
| 001783-001783 | 02.11.2008 | Ltr Correspondence from DEQ to Brad Eastman re General Permit No. OKGC3T: Total Retention Surface Impoundments |
| 001784-001784 | 01.10.2007 | DEQ Landowner Affidavit Signed by Brad Eastman |
| 001785-001785 | 01.10.2007 | DEQ Landowner Affidavit Signed by Brad Eastman |
| 001786-001786 | 01.07.2008 | Ltr Correspondence from DEQ to Brad Eastman re Notice of Deficiency |
| 001787-001787 | 12.03.2007 | Ltr Correspondence from DEQ to Brad Eastman re Draft General Permit Renewal |
| 001788-001789 | 03.26.1997 | Ltr to B. Eastman, Ozark Materials, from L. Hogue, ACOE, re application |
| 001790-001802 | 04.07.2008 | Ltr to B. Eastman, Ozark Materials, from D. Schooley, ODM, re Ltr Received from GRDA |
| 001803-001803 | 08.01.2000 | Ltr to D. Manning, ACOE, from H. Felix, Enercon Services, re Request to Modify Existing Section 404 Permit OK2005375 for Ozark Materials |
| 001804-001812 | 07.25.2008 | Ltr to B. Eastman, Ozark Materials, from L. Smith, ODEQ, re ODEQ Authorization No. OKGC3T054 |
| 001813-001813 | 02.24.1997 | Ltr to S. Charlson, ACOE, from M. Duncan and R. Brooks, Oklahoma Archeological Survey, re Ozark Materials' application |
| 001814-001831 | 08.02.2010 | Ltr to D. Schooley, ODM, from R. Beeson, Enercon Services, re Mining Map Revision for Ozark Materials |
| 001832-001842 | 04.01.2010 | Ltr to D. Schooley and M. Secrest, ODM, from T. Jahnke, GRDA, re Ozark Materials |

21

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 001843-001843 | 02.24.1997 | Ltr to S. Charlson, ACOE, from M. Duncan and R. Brooks, Oklahoma Archeological Survey, re Ozark Materials' application |
| 001844-001845 | 03.02.2005 | Ltr to B. Eastman, Ozark Materials, from D. Manning, ACOE, re Ozark Materials |
| 001846-001847 | 03.26.1997 | Ltr to B. Eastman, Ozark Materials, from L. Hogue, ACOE, re application |
| 001848-001848 | 08.01.2000 | Ltr to D. Manning, ACOE, from H. Felix, Enercon Services, re Request to Modify Existing Section 404 Permit OK2005375 for Ozark Materials |
| 001849-001850 | 02.24.1997 | Ltr to S. Charlson, ACOE, from M. Duncan and R. Brooks, Oklahoma Archeological Survey, re Ozark Materials' application |
| 001851-001851 | 08.18.2004 | Map of USGS Salina SE Quad from TopoZone |
| 001852-001854 | 10.26.2004 | Maps of Salina, OK |
| 001855-001863 | 05.30.2001 | DEQ Memorandum to File re Closure of Ozark Materials Complaint - Ozark Application for Non-Coal Mining Permit Enclosed |
| 001864-001869 | 03.08.2001 | Ltr Correspondence from Enercon to Department of Mines - Ozark Material Application for Permit to Engage in Non-Coal Mining Enclosed |
| 001870-001871 | 11.06.2009 | ODEQ Water Quality Division Inspection Report for Industrial Wastewater for Ozark Materials |
| 001872-001873 | 11.06.2009 | ODEQ Water Quality Division Inspection Report for Industrial Wastewater for Ozark Materials |
| 001874-001874 | 09.07.2006 | ODEQ Water Quality Division Inspection Report for Industrial Wastewater for Ozark Materials |
| 001875-001875 | 06.17.2004 | ODEQ Water Quality Division Inspection Report for Industrial Wastewater for Ozark Materials |
| 001876-001876 | 05.08.2003 | ODEQ Water Quality Division Inspection Report for Industrial Wastewater for Ozark Materials |
| 001877-001877 | 09.28.2001 | ODEQ Water Quality Division Inspection Report for Industrial Wastewater for Ozark Materials |
| 001878-001880 | 10.20.1020 | Ltr to J. Aamodt from R. Stratton, ODEQ, re Ozark Materials' Inspection Report |
| 001881-001881 | No Date | Ozark Materials Amended Mining Map |
| 001882-001889 | 08.05.2011 | Ozark Materials Amended Permit for Non-Coal Mining, Permit No. L.E.-1843-B |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 001890-001903 | 08.14.2000 | Ozark Materials' Revision of Mining Permit Application, Section 1 |
| 001904-001928 | 08.14.2000 | Ozark Materials' Revision of Mining Permit Application, Section 2 |
| 001929-001937 | 01.17.2001 | Ozark Materials' Permit to Engage in Non-Coal Mining, Permit No. L.E.-1843 |
| 001938-002000 | 11.18.2010 | Ozark Materials' Mining Permit Revision Application |
| 002001-002056 | 11.03.2010 | Ozark Materials Groundwater Use Permit Application |
| 002057-002060 | 10.26.2004 | B/W Pictures of Ozark Materials Main Processing Site, Project #5375 |
| 002061-002063 | 10.26.2004 | ACOE Record of Field Investigation |
| 002064-002106 | 08.14.2000 | Ozark Materials' Revision of Mining Permit Application |
| 002107-002114 | 05.20.2010 | Sand and Gravel Mining in OK Waterways-Guidelines for Operators |
| 002115-002218 | 08.12.2010 | Various ODM Inspection Reports on Ozark Materials from 2000-2010 |
| 002219-002219 | 08.12.2010 | Pic:Saline Creek w/rocks on the left and a fallen tree on the right |
| 002220-002220 | 08.12.2010 | Pic:Saline Creek-right-side view from a bridge |
| 002221-002221 | 08.12.2010 | Pic:Saline Creek-view of shallow water in the creek |
| 002222-002222 | 08.12.2010 | Pic:Saline Creek-dirt road in the middle of the creek |
| 002223-002223 | 08.12.2010 | Pic:Distant photo of Ozark Materials operations |
| 002224-002224 | 08.12.2010 | Pic:Photo of a white home from a truck window |
| 002225-002225 | 08.12.2010 | Pic:6 large pipes coming out of a concrete wall and going down hill |
| 002226-002226 | 08.12.2010 | Pic:Open field covered in gravel and the trees next to the large pipes |
| 002227-002227 | 08.12.2010 | Pic:2 full gravel piles, 2 partial gravel piles |
| 002228-002228 | 08.12.2010 | Pic:Approx. 4 full gravel piles |
| 002229-002229 | 08.12.2010 | Pic:Rough dirt road w/debris on left side of road |
| 002230-002230 | 08.12.2010 | Pic:Debris by the side of the dirt road |
| 002231-002231 | 08.12.2010 | Pic:More debris by the side of the dirt road |
| 002232-002232 | 08.12.2010 | Pic:A level dirt road w/debris on both sides |
| 002233-002233 | 08.12.2010 | Pic:A rusty dump truck bed and rusty car |
| 002234-002234 | 08.12.2010 | Pic:(Close view)Saline creek w/small island-like patches of grass in center |
| 002235-002235 | 08.12.2010 | Pic:(Distant view)Saline creek w/small island-like patches of grass in center |

23

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 002236-002236 | 08.12.2010 | Pic:(Distant view) Saline Creek shore and island-like patches of grass |
| 002237-002237 | 08.12.2010 | Pic:(Distant view) Saline Creek and rocky shore |
| 002238-002238 | 08.12.2010 | Pic:Dry, exposed boulder in the middle of Saline Creek |
| 002239-002239 | 08.12.2010 | Pic:Riparian barrier and drop in ground level from tree line to grass land |
| 002240-002240 | 08.12.2010 | Pic:Island of rock in the middle of Saline Creek |
| 002241-002241 | 08.12.2010 | Pic:Change in creek height and 2 dead tree stumps in the creek |
| 002242-002242 | 08.12.2010 | Pic:Dead trees in creek with bridge in distance |
| 002243-002243 | 08.12.2010 | Pic:Covered outdoor eating area |
| 002244-002244 | 08.12.2010 | Pic:Rocky, gravel shore on right, creek on left |
| 002245-002245 | 08.12.2010 | Pic:Difference in height between tree line and creek |
| 002246-002246 | 08.12.2010 | Pic:Little waterfall |
| 002247-002247 | 08.12.2010 | Pic:dug up area w/ chain link fence, topped with barbed wire surrounding |
| 002248-002248 | 08.12.2010 | Pic:(Close view) Smith and Loveless water pumping/filtration system |
| 002249-002249 | 10.04.2010 | Pic:Man in front of Komatsu earth mover and gravel pile |
| 002250-002250 | 10.04.2010 | Pic:Bulldozer w/WL30 over driver's cabin, in front of gravel pile |
| 002251-002251 | 10.04.2010 | Pic:Man operating a gravel machine |
| 002252-002252 | 10.04.2010 | Pic:Different angle of a man operating a gravel machine |
| 002253-002253 | 10.04.2010 | Pic:Kunshek Chat &Coal Co., Inc. truck cab |
| 002254-002254 | 10.04.2010 | Pic:Close up of a rock crushing machine |
| 002255-002255 | 10.04.2010 | Pic:Different angle of a rock crushing machine |
| 002256-002256 | 10.04.2010 | Pic:Different angle of a rock crushing machine |
| 002257-002257 | 10.04.2010 | Pic:Man in front of an Ozark sign |
| 002258-002258 | 10.04.2010 | Pic:Gravel coming off of a machine and forming a pile |
| 002259-002259 | 10.04.2010 | Pic:Different angle of gravel coming off of a machine and forming a pile |
| 002260-002260 | 10.04.2010 | Pic:Gravel machine w/ what looks to be coal on it |
| 002261-002261 | 10.04.2010 | Pic:Distant view of gravel machine |
| 002262-002262 | 10.04.2010 | Pic:Man walking, by machinery, holding small beams |
| 002263-002263 | 10.04.2010 | Pic:Man in front of Ozark sign, machine crushing rock |
| 002264-002264 | 10.04.2010 | Pic:Man checking bucket of bulldozer |
| 002265-002265 | 10.04.2010 | Pic:Dumptruck and bulldozer w/gravel in background |
| 002266-002266 | 10.04.2010 | Pic:Dumptruck and bulldozer w/crane in background |

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 002267-002267 | 10.04.2010 | Pic:Dumptruck and bulldozer producing exhaust w/crane in background |
| 002268-002268 | 10.04.2010 | Pic:Two men; one walking, one sitting w/machinery in background |
| 002269-002269 | 10.04.2010 | Pic:Rock crushing machine running |
| 002270-002270 | 10.04.2010 | Pic:Stop sign w/ S443.7 and cardboard Ozark sign attached |
| 002271-002271 | 10.04.2010 | Pic:Old, discarded equipment parts |
| 002272-002272 | 10.04.2010 | Pic:Creek w/algae and other debris on/in it |
| 002273-002273 | 10.04.2010 | Pic:Shallow creek water w/large rocks in it |
| 002274-002274 | 10.04.2010 | Pic:Shallow creek water w/ what looks to be dried concrete on shore |
| 002275-002275 | 10.04.2010 | Pic:Old, discarded equipment parts and large pieces of rock and gravel |
| 002276-002276 | 10.04.2010 | Pic:Height difference btw. Creek banks and creek bed |
| 002277-002277 | 10.04.2010 | Pic:Broken, fallen tree and shallow, nearly dry creek |
| 002278-002278 | 10.04.2010 | Pic:Creek from level, dirt road |
| 002279-002279 | 10.04.2010 | Pic:White metal machinery part and gravel storage on other side of creek |
| 002280-002280 | 10.04.2010 | Pic:Crane and gravel pile on far side of the creek |
| 002281-002281 | 10.04.2010 | Pic:Trailer and man watching machine transport gravel |
| 002282-002282 | 10.04.2010 | Pic:Dirt road w/ bridge in background |
| 002283-002283 | 10.04.2010 | Pic:Saline creek |
| 002284-002284 | 10.04.2010 | Pic:Bridge w/ creek underneath |
| 002285-002285 | 10.04.2010 | Pic:Excavator w/gravel in bucket |
| 002286-002286 | 10.04.2010 | Pic:Excavator w/wet gravel in bucket |
| 002287-002287 | 10.04.2010 | Pic:Excavator w/wet gravel in bucket |
| 002288-002288 | 10.04.2010 | Pic:Excavator loading gravel into dump truck |
| 002289-002289 | 10.04.2010 | Pic:Excavator scooping gravel out of creek bed |
| 002290-002290 | 10.04.2010 | Pic:Excavator continuing to scoop gravel out of creek bed |
| 002291-002291 | 10.04.2010 | Pic:Excavator continuing to scoop gravel out of creek bed |
| 002292-002292 | 10.04.2010 | Pic:Man looking at gravel in bucket of excavator |
| 002293-002293 | 10.04.2010 | Pic:Man moving around to look at gravel in bucket of excavator |
| 002294-002294 | 10.04.2010 | Pic:Dump truck driving away w/gravel in bed, spilling water as it moves |
| 002295-002295 | 10.04.2010 | Pic:Dump truck driving away w/gravel in bed, spilling water as it moves |
| 002296-002296 | 10.04.2010 | Pic:Dump truck driving away w/gravel in bed, spilling water as it moves |

25

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 002297-002297 | 10.04.2010 | Pic:Dump truck w/gravel in bed, water spilling less as it moves |
| 002298-002298 | 10.04.2010 | Pic:Excavator w/gravel in bucket |
| 002299-002299 | 10.04.2010 | Pic:Machinery behind excavator-main gravel operation |
| 002300-002300 | 10.04.2010 | Pic:Excavator, on edge of creek w/a bucket full of gravel |
| 002301-002301 | 10.04.2010 | Pic:Murky, muddy water in creek |
| 002302-002302 | 10.04.2010 | Pic:(Larger view) Murky, muddy water in creek |
| 002303-002303 | 10.04.2010 | Pic:View of muddy water moving downstream in creek |
| 002304-002304 | 10.04.2010 | Pic:Creek water and rocky shore |
| 002305-002305 | 10.04.2010 | Pic:(Closer view) Creek water and rocky shore |
| 002306-002306 | 10.04.2010 | Pic:(Distant view) Excavator w/bucket full of gravel on edge of creek |
| 002307-002307 | 10.04.2010 | Pic:Muddy creek water w/small log floating in creek |
| 002308-002308 | 10.04.2010 | Pic:(Close view) Muddy creek water |
| 002309-002309 | 10.04.2010 | Pic:Murky, muddy creek water |
| 002310-002310 | 10.04.2010 | Pic:Excavator w/gravel in bucket, on the edge of the creek |
| 002311-002311 | 10.04.2010 | Pic:Excavator w/gravel in bucket, on the edge of the creek |
| 002312-002312 | 10.04.2010 | Pic:Close up of excavator operator's cab |
| 002313-002313 | 10.04.2010 | Pic:Close up of excavator bucket full of gravel |
| 002314-002314 | 10.04.2010 | Pic:Photo of machinery behind the excavator |
| 002315-002315 | 10.04.2010 | Pic:Murky water in front of excavator work area |
| 002316-002316 | 10.04.2010 | Pic:Murky water around excavator work area |
| 002317-002317 | 10.04.2010 | Pic:Pennisula of gravel, surrounded by murky water |
| 002318-002318 | 10.04.2010 | Pic:Murky creek water |
| 002319-002319 | 10.04.2010 | Pic:Distant view of murky creek water |
| 002320-002320 | 10.04.2010 | Pic:Close up of cracks in excavator bucket |
| 002321-002321 | 10.04.2010 | Pic:Close up of the gravel in the excavator bucket |
| 002322-002322 | 10.04.2010 | Pic:Photo of excavator bucket and muddy creek water |
| 002323-002323 | 10.04.2010 | Pic:Different angle of excavator bucket |
| 002324-002324 | 10.04.2010 | Pic:Close up photo of water were gravel was removed w/excavator |
| 002325-002325 | 10.04.2010 | Pic:Close up photo of water were gravel was removed w/excavator |
| 002326-002326 | 10.04.2010 | Pic:Height difference btw. Creek bank and creek bed |
| 002327-002327 | 10.04.2010 | Pic:Height of excavator bucket and difference in height of creek bank and creek bed |
| 002328-002328 | 10.04.2010 | Pic:(Closer view) Height difference of creek banks and creek bed |
| 002329-002329 | 10.04.2010 | Pic:Photo of excavator by creek |

26

| Bates Number | Date | Document Name/Description |
|---|---|---|
| 002330-002462 | 07.01.2011 | Title 785 - Oklahoma Water Resources Board - Chapter 45 - Oklahoma's Water Quality Standards |
| 002463-002533 | 11.02.2010 | Article "Justification for New High Quality Water Designation for Saline Creek and Little Saline Creek" |
| 002534-002534 | | Pic: |
| 002535-002538 | 08.20.1994 | Application for Department of the Army Permit by Ozark Materials |
| 002538-3614 | Various | All those documents contained on a DVD provided to Defendant's counsel on Nov. 15, 2012 |

Plaintiff reserves the right to amend this list of witnesses and exhibits based upon evidence learned in discovery or through other investigation. The Plaintiff also reserves the right to amend this list based upon the requested extension of the current schedule.

Dated: Monday, December 03, 2012.                    Respectfully Submitted,

Jason B. Aamodt, OBA No. 16974
Krystina E. Hollarn, OBA No. 30111
Dallas L.D. Strimple. OBA No. 30266
THE AAMODT LAW FIRM
1723 S. Boston Avenue
Tulsa, Oklahoma 74119
Telephone: (918) 347-6169
Facsimile: (918) 398-0514
*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF MAILING

I hereby certify that on 12/3/2012, the foregoing was emailed to opposing counsel, and was on 12/4/12 deposited in the United States mail, to the following persons, postage prepaid, first class:

Wilfred K. Wright, Jr.
Wright Law PLC
P.O. Box 982
Claremore, Oklahoma  74018

Jason B. Aamodt