UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID BENHAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 11-CV-339-JED-FHM ) |
| OZARK MATERIALS RIVER ROCK, LLC, | ) ) ) ) |
| Defendant. | ) |

**OPINION AND ORDER**

Plaintiff's Combined Motion to Compel Discovery and Corporate Depositions [Dkt. 67] is before the court for decision.  No response has been filed and the time to respond has expired.

Pursuant to LcvR 7.2(e) Plaintiff's Combined Motion to Compel Discovery and Corporate Depositions [Dkt. 67] is GRANTED.

IT IS SO ORDERED this 3rd day of May, 2013.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE